THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00132-MR-DLH

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ex rel. AUTOMATION SYSTEM ) <br> INTEGRATORS, INC., ) <br> ) <br>               Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> BCE, INC. and GREAT AMERICAN ) <br> INSURANCE COMPANY, ) <br> ) <br>              Defendants. ) <br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Partial Summary Judgment [Doc. 39]; Defendant Great American Insurance Company's Motion for Summary Judgment [Doc. 41]; Plaintiff's Motion to Strike [Doc. 50]; and Defendants' Motion for Continuance of Bench Trial [Doc. 53].

The Defendants request a continuance of the January 13, 2014 bench trial in light of the dispositive motions pending in this matter. [Doc. 53].

Upon careful review of the motions filed by the Plaintiff and Defendant Great American Insurance Company [Docs. 39, 41], as well as the responses and replies thereto [Docs. 46, 47, 48, 49], the Court finds that there are genuine disputes of material fact which preclude the entry of summary judgment in favor of any party. Accordingly,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Partial Summary Judgment [Doc. 39] and Defendant Great American Insurance Company's Motion for Summary Judgment [Doc. 41] are **DENIED**.

**IT IS FURTHER ORDERED** that the Defendants' Motion for Continuance of Bench Trial [Doc. 47] and Plaintiff's Motion to Strike [Doc. 50] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: November 7, 2013

Martin Reidinger
United States District Judge